## Edna Mae Willey, Plaintiff-Appellant, v. George Louis Willey, Defendant-Appellee.

**Gen. No. 10,440.**

Simpson & Simpson, for appellant; J. P. Simpson, of counsel; William C. O'Brien, for appellee; William C. O'Brien, Wilson D. Burnell, and Donald L. Puckett, of counsel. Opinion by JUSTICE ANDERSON. Not to be published in full. Opinion filed July 12, 1951; rehearing granted October 2, 1951; new opinion filed March 4, 1952; rehearing denied May 7, 1952; released for publication May 7, 1952.

## In the Matter of Estate of Oscar Nelson Davis, Deceased.
## John Anderman, Appellee, v. Richard W. Davis, Executor of Estate of Oscar Nelson Davis, Deceased, Appellant.

**Gen. No. 45,513.**

William T.

Pridmore, for appellant; Marion G. McClelland, of counsel; Harvey K. Cousens, for appellee. Opinion by JUSTICE LEWE. Not to be published in full. Opinion filed April 30, 1952; rehearing denied May 20, 1952; released for publication May 20, 1952.

## Emma Thieme, Appellee, v. Steve Harris and Olga Harris, Appellants.

**Gen. No. 45,522.**

Ritsos & Ritsos, for appellants; Peter Ritsos, and G. A. Bosomburg, of counsel; Maurice R. Kraines, for appellee. Opinion by JUSTICE LEWE. Not to be published in full. Opinion filed April 30, 1952; rehearing denied May 16, 1952; released for publication May 20, 1952.

## William H. Attschuler, Appellee, v. Marshall Berlin and C. S. Berlin, Copartners, Trading as Marshall-White Company, Appellants.

**Gen. No. 45,572.**